UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WENDELL PERDUE,

      Plaintiff,                 Case No. 25-cv-11220
                                   Hon. Matthew F. Leitman

v.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE CO.,

      Defendant.
_____/

## ORDER DENYING PLAINTIFF'S MOTION TO REMAND (ECF No. 6)

On August 1, 2025, the Court held an on-the-record status conference with counsel for both parties to discuss Plaintiff Wendell Perdue's pending motion to remand. (*See* Mot., ECF No. 6.) For the reasons explained on the record, the motion is **DENIED**.

    **IT IS SO ORDERED**.

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: August 1, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 1, 2025, by electronic means and/or ordinary mail.

                                            s/Holly A. Ryan
                                            Case Manager
                                            (313) 234-5126