UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WENDELL PERDUE,

      Plaintiff,

v.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE CO.,

      Defendant.

Case No. 25-cv-11220
Hon. Matthew F. Leitman

_____/

### ORDER (1) DIRECTING DR. CURTIS LONGS TO PRODUCE DOCUMENTS OR SHOW CAUSE WHY HE SHOULD NOT BE HELD IN CONTEMPT OF COURT, (2) DIRECTING DEFENDANT TO SERVE THIS ORDER ON DR. LONGS, AND (3) TERMINATING DEFENDANT'S MOTION TO COMPEL WITHOUT PREJUDICE (ECF No. 18)

In this action, Plaintiff Wendell Perdue seeks personal protection insurance benefits for alleged injuries arising out of alleged motor vehicle accidents that occurred on April 23, 2016, May 19, 2016, and January 8, 2018. (*See* Compl., ECF No. 1.) "In order to defend this action and prepare for trial," Defendant State Farm Mutual Automobile Insurance Company has sought to "review [Perdue's] medical records." (Mot., ECF No. 18, PageID.540.) "To that end, on or about October 16, 2025, State Farm issued a subpoena to Curtis Longs, PHD," one of Perdue's treating professionals. (*Id.*) The subpoena required Dr. Longs to produce documents to State Farm by October 30, 2025. (*See* subpoena, ECF No. 18-2, PageID.564.) It appears

that Dr. Longs has not produced any documents to State Farm. (*See* Mot., ECF No. 18, PageID.540.)  It further appears that Dr. Longs did not respond to numerous attempts by State Farm to contact him after he was served with the subpoena and the deadline to comply with that subpoena expired. (*See id.*, PageID.541.)  Finally, after State Farm filed a motion to compel the production of Dr. Longs' documents, neither Dr. Longs nor Perdue filed any opposition to that motion. (*See id.*)

Accordingly, by no later than **March 27, 2026**, Dr. Longs shall either (1) **SHOW CAUSE**, in writing, why the Court should not hold him in contempt for failing to comply with State Farm's subpoena or (2) produce the requested documents to State Farm.  In addition, by no later than **March 13, 2026**, State Farm shall serve this order on Dr. Longs and file a Certificate of Service on the docket of this action reflecting that it has so served Dr. Longs.  If Dr. Longs fails to comply with this order by either producing the requested documents or filing a written response with the Court, the Court will hold him in contempt.

Finally, based on the Court's order above, it **TERMINATES** State Farm's motion to compel (ECF No. 18) **WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 9, 2026

2

3

       I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 9, 2026, by electronic means and/or ordinary mail.

                     s/Holly A. Ryan
                     Case Manager
                     (313) 234-5127